23 So.2d 615

### Glenn DAVIS v. STATE.
### 6 Div. 397.

Supreme Court of Alabama.

Oct. 25, 1945.

Fred Fite, of Hamilton, and Beddow, Ray & Jones, of Birmingham, for petitioner.

Robt. B. Harwood, Atty. Gen., and MacDonald Gallion, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Glenn Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Davis v. State, 23 So.2d 612.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.